USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID CARTER,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

17-CV-09567 (JGK) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter-motions filed on November 18 (Dkt. No. 102) and November 19, 2019 (Dkt. No. 103), requesting that the Court compel defendants to produce copies of "Discovery Materials" that were apparently lost during plaintiff's recent transfer to a new corrections facility, as well as specific documents including: "D.O.I. Investigation Report, 'Color' photo of injury, Injury Report, use of force report, etc." (Dkt. 103 at 1.) It is not clear from plaintiff's letters whether these documents were previously produced or whether plaintiff seeks new discovery.

    It is hereby ORDERED that defendants shall promptly re-serve their discovery responses on plaintiff at his current address, including new copies of previously-produced documents. If those documents contain color photographs, the copies should also be in color. To the extent plaintiff is requesting new documents that were not produced during discovery, that portion of his application is DENIED. Discovery closed on August 1, 2019.

    Plaintiff is reminded that his response to defendants' summary judgment motion is due on December 20, 2019.

    The Clerk of Court is directed to mail a copy of this Order to plaintiff David Carter #19A1009, Great Meadow C.F., P.O. Box 51, Comstock, NY 12821-0051.

Dated: New York, New York
       November 20, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**