USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID CARTER,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

17-CV-09567 (JGK) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter dated November 28 and filed December 6, 2019 (Dkt. No. 109), requesting that the Court compel defendants to arrange a viewing of the video evidence produced by defendants (*see* Dkt. No. 76) and seeking a telephonic settlement conference.

    By letter dated November 18, 2019 (Dkt. No. 107), plaintiff moved to withdraw his complaint in this matter in order to focus his attention on other pending cases in the Eastern District of New York. On December 3, 2019, Judge Koeltl granted that request, dismissed this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and directed the Clerk of Court to close the case. (Dkt. No. 108.)

    Accordingly, this action having been dismissed, plaintiff's December 6 request must be DENIED.

    The Clerk of Court is directed to mail a copy of this Order, as well as the Order at Dkt. No. 108, to plaintiff David Carter #19A1009, Great Meadow C.F., P.O. Box 51, Comstock, NY 12821-0051.

Dated: New York, New York
       December 13, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**