```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

DAVID CARTER

                Plaintiff,        17cv9567(JGK)

     - against -              ORDER

NYC CORRECTIONAL OFFICER JOHN DOE et al.,

                Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The motion for reconsideration is **denied**. This action was dismissed at the plaintiff's request on December 3, 2019. The time for reconsideration has long since passed. In any event, there is no basis for reconsideration. Therefore, the motion for reconsideration is denied. Chambers will mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
           May 12, 2020          /s/ John G. Koeltl
                                           John G. Koeltl
                                United States District Judge